**UNITED STATES DISTRICT COURT**
WESTERN DISTRICT OF ARKANSAS
**U.S. Probation / Pretrial Services**

Myron L. Smith
Chief U.S. Probation Officer

319 Federal Building and U. S. Courthouse
Fayetteville, AR 72701
479-442-9892
Fax -479-442-5276

October 1, 2007

Honorable Jimm Larry Hendren
Chief U.S. District Judge
John Paul Hammerschmidt Federal Building
35 East Mountain Street, Suite 559
Fayetteville, Arkansas 72701

RE:   REGALADO, Charlene
      Docket: 5:03CR50054-001
      **Violation - Inability to Pay Financial Obligation**

Dear Judge Hendren:

This is to seek the Court's guidance in the above case. As you may recall, Regalado was sentenced by Your Honor on June 14, 2004, for one count of Conspiracy to Use a Communication Facility in the Distribution of Methamphetamine and one count of Use of a Communication Facility in the Distribution of Methamphetamine. Regalado was sentenced to 33 months imprisonment on each count to run concurrently, a 1 year term of supervised release on each count to run concurrently, a $2,500 total fine, and a $200 special assessment. On February 27, 2006, she was released from the Bureau of Prisons and reported to the U.S. Probation Office in the Central District of California.

The Court ordered defendant to pay 10% of her net monthly household income or in no case less than $200 per month. Defendant has paid $1,700 of her fine and has a remaining balance of $800. The supervising officer in the Central District of California has conducted a financial investigation and believes the defendant is paying to the best of her ability at $100 per month. At that rate a balance of $300 will remain when Regalado's supervision expires on February 26, 2008.

Regalado has paid a considerable portion of the ordered fine. The probation officer in the Central District of California advised that she will continue to collect payments and monitor the defendant's financial situation. The officer further advised that this defendant is in compliance with all other supervision terms and conditions. In view of the above facts, provided this meets with the Court's approval, our office respectfully requests that no formal action be taken at this time and that the defendant continue to make payments until her fine is paid in full.

Should the Court require additional information, please advise.

Respectfully,

*Trent M. Thompson*
Trent M. Thompson
U.S. Probation Officer

✓ Take No Action
___ Submit Petition for Violation Hearing
___ Other _____

Reviewed by:

*William E. Dunn Jr.*
William E. Dunn Jr.
Supervising U.S. Probation Officer

Honorable Jimm Larry Hendren
Chief U.S. District Judge

10/2/07
Date